## ROZER *v.* MAY.

---

### APPEAL AND ERROR; RECORD.

A decree will, on appellee's motion, be affirmed upon appeal, where the statement of the evidence in the case has been stricken from the record by order of the court, since the evidence upon which the cause appears to have been heard in the court below, not being in the record, must be presumed to have supported the decree.

No. 2749.    Submitted December 14, 1914.    Decided January 4, 1915.

HEARING on motion to affirm a decree striking from the record the statement of the evidence.                    *Affirmed.*

*Mr. L. A. Bailey* for the appellant.

*Mr. John J. Hamilton, Mr. George E. Hamilton,* and *Mr. John W. Yerkes* for the appellee.

., Mr. . Chief Justice SHEPARD delivered the opinion of the Court:

The statement of the evidence in this case having heretofore, by order of the court, been stricken from the record, the appellee, Henry May, moved to affirm the decree.

It appears that the cause was heard in the court below upon evidence in support of the bill and answers. Not being in the record, it must be presumed that it supported the decree.

The decree is therefore affirmed, with costs.

*Affirmed.*